IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROBERT LEE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 122-042 |
| | ) |
| COLLETTE LEWIS and FNU YOUNG, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though Plaintiff and the named Defendants are located in Baldwin County, Georgia, and the events described in Plaintiff's complaint allegedly occurred in Baldwin County. (See doc. no. 1.) Because Baldwin County is in the Middle District of Georgia, the proper venue is the Macon Division of that district court. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Middle District of Georgia, Macon Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 12th day of April, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA